**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

AQUILINO CESPEDES, et al.

Plaintiffs,

**26-CV-5750 (JHR) (VF)**

-against-

**ORDER**

HANDSHAKE FLEET LLC, et al.

Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

XTRA LLC is directed to answer the complaint by **Friday, December 18, 2026**.

Additionally, Plaintiff is directed to properly serve Handshake Fleet LLC.

**SO ORDERED.**

DATED: New York, New York
November 24, 2026

VALERIE FIGUEREDO
United States Magistrate Judge